UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pipeline Medical LLC,

           Plaintiff,        Case No. 25-cv-10343

v.                                   Judith E. Levy
                                   United States District Judge

Panajoti Consulting, LLC,

                                   Mag. Judge Elizabeth A. Stafford

          Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On February 4, 2025, the United States District Court for the District of New Jersey transferred this case to this Court. (ECF No. 3.) On February 5, 2025, a text-only notice was entered in this case that stated:

> This case has been transferred from the District of New Jersey. Pending motions must be refiled on this court's docket by the filing party. Attorneys not admitted to practice in this court must complete the attorney admissions application and be admitted before appearing on this court's docket. All previously filed documents can be accessed on the originating court's docket using PACER.

After the case was transferred and the text-only notice was entered, no attorney filed an appearance, and no party submitted any motions or filings. On October 2, 2025, the Court issued an order for Plaintiff Pipeline Medical LLC to show cause in writing, by October 16, 2025, why the case should not be dismissed for failure to prosecute under Eastern District of Michigan Local Rule 41.2. (ECF No. 5.) The order warned that "[f]ailure to respond may result in dismissal of the case." (*Id.*)

The deadline for Plaintiff to respond to the Court's show cause order elapsed over one month ago. The Court has not received any communication from Plaintiff. Plaintiff has not filed a written response to the Court's show cause order or asked for more time to respond. As a result, Plaintiff does not that demonstrate that the case—which has been pending in this Court for over nine months without the parties taking any action—should not be dismissed for failure to prosecute. The Court previously warned Plaintiff about the possibility of dismissal if it failed to respond to the Court's show cause order. In light of Plaintiff's non-compliance with the Court's order and its failure to prosecute the case, and considering the current posture of the case, the Court finds it appropriate to dismiss the case without prejudice. *See* E.D. Mich.

LR 41.2; Fed. R. Civ. P. 41(b); *Bay Corrugated Container, Inc. v. Gould, Inc.*, 609 F. App'x 832, 835 (6th Cir. 2015).

Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: November 21, 2025      s/Judith E. Levy
   Ann Arbor, Michigan     JUDITH E. LEVY
                                    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2025.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager